# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Keith Harding, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:20-cv-00340-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Michael Moody | ) | |
| FNU Schetter, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2022 Order.

August 25, 2022

Frank G. Johns, Clerk
United States District Court